[No. 19145–4–I.   Division One.   May 2, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. LENARD
RAGLAND, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–8–01898–2, Jerome M. Johnson, J., entered

August 18, 1986. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Pekelis and Winsor, JJ.